

# THE THIRTEENTH COURT OF APPEALS

13-23-00099-CV

Petra Latrice Berry and Loretha White
v.
Lashonda White, Dependent Administratrix of the Estate of Donald Wayne Bratcher

On Appeal from the
County Court of Matagorda County, Texas
Trial Court Cause No. PR17-0101-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

July 13, 2023